UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. CURNE

Plaintiff,

-against-

THE ORCHARD ENTERPRISES NY, INC., *et al.*,

Defendants.

26-CV-5451 (VSB)

**ORDER OF SERVICE**

VERNON S. BRODERICK, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue a summons as to The Orchard Enterprises NY, Inc, Spotify USA Inc., Tesla, Inc., Tidal Music LLC, Universal Music Group N.V., Sony Music Entertainment, Apple Inc., Google LLC, Host Baby, CD Baby, Warner Music Group Corp., DistroKid LLC, TuneCore, Inc., AWAL, Symphonic Distribution, Inc., AA Liberty, Navaar, Amazon.com Services LLC, Deezer S.A., Soundcloud Global Limited, TikTok Inc., Vimeo, Inc., YouTube LLC, AudioMack, Inc., Songtrust, SoundExchange, Inc., ASCAP, Anghami, Napster, Pandora Media, LLC, iHeartRadio, Empire Distribution, Inc., Ingrooves Music Group, Atlantic Recording Corp., and Fisher Zucker LLC (collectively, "Defendants"). Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of each summons.[1]

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the fees. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[2]

SO ORDERED.

Dated: August 18, 2026
New York, New York

Vernon S. Broderick
United States District Judge

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.