**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JARRELL D. CURNE,

Plaintiff,

-against-

THE ORCHARD ENTERPRISES NY, INC., *et al.*,

Defendants.

---------------------------------------------------------------X

**ORDER**

**26-CV-5451 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's request for an extension of time to pay the filing fees in the instant action at Dkt. No. 9. The Court is in receipt of Plaintiff's August 12 filing fee. As such, Plaintiff's request is GRANTED *nunc pro tunc.*

**The Clerk of Court is respectfully requested to close Dkt. No. 9 and to mail a copy of this order to *pro se* Plaintiff at the address on ECF.**

SO ORDERED.

DATED: New York, New York
August 20, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge