FisherZucker
BUSINESS LAWYERS

October 21, 2026

Lane Fisher*
Frank A. Reino[‡]
JoyAnn Kenny[†]
Joseph A. Brooks[§]
Matthew Wilson[f]
Christopher B. Alexander**
Daniel Z. Nussbaum[§]
Barbara Gibson[ff]
Bianca Basilone[*]
Michael Conway[§]
Matan Dragon[§]

*member PA and NJ bars
**member PA, NJ and DC bars
† member PA, NJ, and FL bars
‡ member PA, NJ, and WI bars
§ member PA bar
f member IL, CO and PA bars
ff member PA and NY bars

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***Curne v. The Orchard Enterprises NY, Inc. et al*, No. 1:26-cv-05451-VSB-JW; Request for Additional Time to Respond**

Dear Judge Broderick:

I represent Defendant Fisher Zucker, LLC ("Defendant") in the above-referenced action, and respectfully submit this letter motion seeking an extension of time to respond to the Complaint. Defendant requests an additional 30 days, through November 20, 2026, to retain counsel and respond to the Complaint.

Defendant's current deadline to respond to the Complaint is October 21, 2026. No prior requests for adjournments or extensions of time have been made. Plaintiff is proceeding pro se and has not been contacted regarding this request. The requested extension is necessary to afford Defendant sufficient time to retain counsel and prepare a response to the Complaint.

Counsel acknowledges that this request was not submitted at least 48 hours before the current deadline, as required by Your Honor's Individual Rules of Practice, and respectfully apologizes for the untimely submission. Counsel will ensure that any future requests comply with the applicable notice requirements.

Respectfully submitted,

/s/ *Barbara Gibson*
Barbara Gibson

*Counsel for Defendant Fisher Zucker LLC*

21 S. 21st Street
Philadelphia, PA 19103
P: 215.825.3100
F: 215.825.3101

811 Church Road
Suite 105
Cherry Hill, NJ 08002
P: 856.665.5253
F: 856.488.2108