AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Jarrell D. Curne

*Plaintiff(s)*

v.

The Orchard Enterprises NY, Inc. et al

*Defendant(s)*

Civil Action No. 26cv5451

Defendant (s) shall reply (answer or move) to this complaint within the time set forth on this summons. Prison Litigation Reform Act & (2) (g) (2).

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jarrell D. Curne
ID: 76900-510
Leavenworth FCI (Satellite Camp)
1300 Metropolitan Avenue
PO Box 1000
Leavenworth, KS 66048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Tammi M. Hellwig

Date: 08/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-05451-VSB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Corporation Service Company**
was received by me on **10/09/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **The Orchard Enterprises NY Inc**, who is designated by law to accept service of process on behalf of **Corporation Service Company** at **80 State St, Albany, NY 12207-2541** on **10/09/2026 at 1:43 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 82.00** for services, for a total of **$ 82.00**.

I declare under penalty of perjury that this information is true.

Date: 10/09/2026

[signature]

*Server's signature*

**Nicholas Helton**

*Printed name and title*

**9 Grant Court**
**Guilderland, NY 12084**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT, to The Orchard Enterprises NY Inc, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with a beard.**

Tracking #: 0245635651