Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Cynthia S. Arato
piroarato.com
12-257-4882

Request GRANTED. SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
October 29, 2026

October 27, 2026

**VIA Electronic Filing**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY

**Re: *Curne v. The Orchard Enterprises NY, Inc. et al.*, No. 26 Civ. 5451**

Dear Judge Broderick:

We represent defendants Orchard Enterprises NY, Inc. and Pandora Media, LLC in this *pro se* action, and write to request a three-day extension of time for Orchard to respond to the Complaint. Orchard's current deadline to respond is October 30, 2026. Pandora's deadline to respond is November 2, 2026. We respectfully request a three-day extension of Orchard's deadline so that Orchard and Pandora may file a single, consolidated response on November 2, 2026. This is Orchard's first request for an extension.

We are currently unable to reach plaintiff to obtain his position on this request because, according to the Bureau of Prisons website, plaintiff is currently incarcerated at Leavenworth FCI in Kansas. We will be attempting to reach plaintiff by regular mail to request that he add us to his correspondent list so that we may communicate with him via the BOP email system TRULINCS.

Sincerely,

/s/ Cynthia S. Arato
Cynthia S. Arato