UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRELL D. CURNE,<br><br>*Plaintiff*,<br><br>- against -<br><br>THE ORCHARD ENTERPRISES NY, INC., SPOTIFY USA INC., TESLA, INC., TIDAL MUSIC LLC, UNIVERSAL MUSIC GROUP N.V., SONY MUSIC ENTERTAINMENT, APPLE INC., GOOGLE LLC, HOST BABY, CD BABY, WARNER MUSIC GROUP CORP., DISTROKID LLC, TUNECORE, INC., AWAL, SYMPHONIC DISTRIBUTION, INC., AA LIBERTY, NAVAAR, AMAZON.COM SERVICES LLC, DEEZER S.A., SOUNDCLOUD GLOBAL LIMITED, TIKTOK INC., VIMEO, INC., YOUTUBE LLC, AUDIOMACK, INC., SONGTRUST, SOUNDEXCHANGE, INC., ASCAP, ANGHAMI, NAPSTER, PANDORA MEDIA, LLC, IHEARTRADIO, EMPIRE DISTRIBUTION, INC., INGROOVES MUSIC GROUP, ATLANTIC RECORDING CORP., and FISHER ZUCKER LLC,<br><br>*Defendants*. | No. 26 Civ. 5451 (VSB) (JW)<br><br>**RULE 7.1 STATMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Orchard Enterprises NY, Inc. (erroneously sued as The Orchard Enterprises NY, Inc.) states as follows: Orchard Enterprises NY, Inc., is the wholly owned subsidiary of The Orchard Enterprises, Inc. No publicly held company owns 10% or more of The Orchard Enterprises, Inc. The Orchard Enterprises, Inc. is ultimately owned by Sony Group Corporation, a publicly traded company organized under the laws of Japan.

Dated: New York, New York
November 2, 2026

SHAPIRO ARATO BACH LLP

By: /s/ Cynthia S. Arato
Cynthia S. Arato

1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Telephone: (212) 257-4882
carato@shapiroarato.com

*Counsel for Defendant Orchard Enterprises NY, Inc. (erroneously sued as The Orchard Enterprises NY, Inc.)*