UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. CURNE,

*Plaintiff*,

- against -

THE ORCHARD ENTERPRISES NY, INC., SPOTIFY USA INC., TESLA, INC., TIDAL MUSIC LLC, UNIVERSAL MUSIC GROUP N.V., SONY MUSIC ENTERTAINMENT, APPLE INC., GOOGLE LLC, HOST BABY, CD BABY, WARNER MUSIC GROUP CORP., DISTROKID LLC, TUNECORE, INC., AWAL, SYMPHONIC DISTRIBUTION, INC., AA LIBERTY, NAVAAR, AMAZON.COM SERVICES LLC, DEEZER S.A., SOUNDCLOUD GLOBAL LIMITED, TIKTOK INC., VIMEO, INC., YOUTUBE LLC, AUDIOMACK, INC., SONGTRUST, SOUNDEXCHANGE, INC., ASCAP, ANGHAMI, NAPSTER, PANDORA MEDIA, LLC, IHEARTRADIO, EMPIRE DISTRIBUTION, INC., INGROOVES MUSIC GROUP, ATLANTIC RECORDING CORP., and FISHER ZUCKER LLC,

*Defendants*.

No. 26 Civ. 5451 (VSB) (JW)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE upon the accompanying Memorandum of Law, the Declaration of Cynthia S. Arato and the exhibits attached to that Declaration, and upon all papers and proceedings in this action, Defendants Orchard Enterprises NY, Inc, and Pandora Media LLC by and through their undersigned counsel, hereby move this Court, before the Honorable Vernon S. Broderick, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, as soon as counsel may be heard, for an order: (i) granting dismissal of the Complaint as to Defendants Orchard and Pandora pursuant to Rules 12(b)(6) and

12(b)(7) of the Federal Rules of Civil Procedure, and (ii) granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
November 2, 2026

/s/ Cynthia S. Arato
Cynthia S. Arato
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY10036
Tel.: (212) 257-4882
carato@shapiroarato.com

*Counsel for Defendants Orchard Enterprises NY, Inc. (erroneously sued as The Orchard Enterprises NY, Inc.) and Pandora Media, LLC*