UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. CURNE,

*Plaintiff,*

- against -

THE ORCHARD ENTERPRISES NY, INC., SPOTIFY USA INC., TESLA, INC., TIDAL MUSIC LLC, UNIVERSAL MUSIC GROUP N.V., SONY MUSIC ENTERTAINMENT, APPLE INC., GOOGLE LLC, HOST BABY, CD BABY, WARNER MUSIC GROUP CORP., DISTROKID LLC, TUNECORE, INC., AWAL, SYMPHONIC DISTRIBUTION, INC., AA LIBERTY, NAVAAR, AMAZON.COM SERVICES LLC, DEEZER S.A., SOUNDCLOUD GLOBAL LIMITED, TIKTOK INC., VIMEO, INC., YOUTUBE LLC, AUDIOMACK, INC., SONGTRUST, SOUNDEXCHANGE, INC., ASCAP, ANGHAMI, NAPSTER, PANDORA MEDIA, LLC, IHEARTRADIO, EMPIRE DISTRIBUTION, INC., INGROOVES MUSIC GROUP, ATLANTIC RECORDING CORP., and FISHER ZUCKER LLC,

*Defendants.*

No. 26 Civ. 5451 (VSB) (JW)

**DECLARATION OF CYNTHIA S. ARATO**

CYNTHIA S. ARATO declares pursuant to 28 U.S.C. § 1746.

1. I am an attorney with the law firm Shapiro Arato Bach LLP, counsel for Defendants Orchard Enterprises NY, Inc. and Pandora Media, LLC. I respectfully submit this Declaration in support of the motion to dismiss the Complaint of Orchard and Pandora. I have personal knowledge of the facts I state below unless otherwise noted.

2. I am informed and believe that the document attached as Exhibit A is a true and correct copy of a signed September 26, 2019 agreement between Plaintiff Jarrell D. Curne, Paperkidd Productions & Publishing, LLC, and Defendant Orchard Enterprises NY, Inc., as is

reflected on the face of the document, including its signature page. Exhibit A is a redacted version of the agreement and the redacted terms are unrelated to the disputed issues in this case. We have produced an unredacted copy of the agreement to Plaintiff.

3. Attached as Exhibit B are true and correct copies of screenshots from the United States Copyright Office's Public Records System depicting the results of three searches for copyrighted works conducted on October 28, 2026 using the following keywords: "Jarrell Curne", "Paperkidd Productions & Publishing, LLC", and "Paperkidd".

4. Attached as Exhibit C are true and correct copies of copyright registration information obtained from the United States Copyright Office's Public Records System for the 14 works listed in Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 2, 2026

/s/ Cynthia S. Arato
Cynthia S. Arato