[redacted]

# GLOBAL DISTRIBUTION AGREEMENT

This **AGREEMENT** (the "Agreement") is effective as of the date that you and Orchard have all signed it as set out on the signature page below (the "Effective Date").

| | |
|---|---|
| **Parties** | **PAPERKIDD PRODUCTIONS & PUBLISHING, LLC**, with offices located at 14919 Pine View Dr., Grandview, MO 64030 (the "Company"); |
| | Jarrell Curne, being the person who own(s) or control(s) the Company (the "Principal"); and |
| | **ORCHARD ENTERPRISES NY, INC.**, with offices located at 23 East 4th Street, 3rd Floor, New York, NY 10003, USA ("Orchard"). |

**Orchard Contact**

***Executive Summary (strictly for reference; binding provisions are further below):***

| | |
|---|---|
| **Term** | [redacted] |
| **Territory** | [redacted] |
| **Digital Distribution (Audio/Video)** | [redacted] |
| **Collection Societies** | [redacted] |
| **Synchronization** | [redacted] |
| **Distributed Labels** | [redacted] |
| **Reporting and Payment** | [redacted] |
| **Currency** | [redacted] |

[redacted]

1. **Orchard as Your Distributor; Grant of Rights.**

1.01 Exclusive Distribution Rights.

(a) Orchard as Exclusive Distributor. You hereby appoint Orchard as your exclusive distributor of the Recordings, during the Term and throughout the Territory, via Digital Distribution. This appointment includes the exclusive rights to sell, copy, distribute, perform, sublicense, monetize and otherwise exploit the Recordings via any and all forms of such distribution, including direct to retailers, digital service providers, direct to consumers, and to others of any description that exploit sound or audiovisual recordings by any and all non-physical means and media (whether now known or existing in the future) as selected by Orchard in its discretion ("Outlets"), [redacted]

(b) Channel Monetization. [redacted]

(c) Artwork; Name & Likeness. [redacted]

1.02 Collection Society Income. [redacted]

1.03 Synchronization. [redacted]

1.04 General Definitions.

(a) "you" (and "your," etc.), as used in this Agreement, means, jointly and severally, (i) the Company, (ii) the Principal, (iii) entities affiliated with, under common control with, or which are acquired by the Company or Principal, and (iv) any entities with whom the Company may merge during the Term.

[redacted]

(e) "Outlets" has the meaning set forth in Section 1.01(a) above.

[redacted]

[redacted]

2. **Term**. [redacted]

3. **Orchard's Distribution Activities**.

3.01 Obligations. Orchard will (a) solicit and service the Outlets, (b) encode each Recording in the format(s) required by the Outlets, (c) process the delivery of the Recordings to the Outlets, and (d) collect amounts due from the Outlets. It is understood that if Orchard is requested to undertake non-standard encoding, formatting, subtitling or non-customary encoding, you must pay the additional costs, and Orchard may require such payments in advance. Orchard does not guarantee placement of the Recordings with any Outlet.

[redacted]

4. **Company Obligations**.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

5. **Distribution Fees**.

[redacted]

6. **Accountings**.

6.01 Accountings. Orchard will account to you by way of a permission-limited section of your workstation, which generally includes historical data back to the Effective Date. Accounting and payments will be made to you on a quarterly basis, forty-five (45) days after the end of the quarter in which the applicable amounts were received by Orchard. Quarterly balances under one thousand dollars ($1,000) will be rolled into the following quarter and paid only when your balance reaches one thousand dollars ($1,000). [redacted]

[redacted]

[redacted]

7. **Warranties; Representations; Indemnities.**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

8. **Confidentiality**. [redacted]

9. **LIMITATION OF LIABILITY**. [redacted]

10. **Other Important Provisions**.

10.01 Notices. [redacted]

10.02 Data. [redacted]

10.03 Acting as principal. [redacted]

10.04 No Fiduciary Obligations. [redacted]

[redacted]

10.05 Approvals and Consents. [redacted]

10.06 Entire Agreement; Amendments; Waiver. [redacted]

10.07 Speculative Nature of Business; Orchard Discretion. [redacted]

10.08 Breach and Cure. [redacted]

10.09 Independent Contractors. [redacted]

10.10 Assignment. [redacted]

10.11 Governing Law; Exclusive Venue; Jury Trial Waiver. This Agreement is governed by New York law. The parties hereby grant to the federal and state courts of New York, New York County, exclusive jurisdiction to hear any disputes arising out of or relating to this Agreement; no action may be instituted elsewhere save for the purposes of enforcing a judgment of a court in New York. Each party waives the right to request a trial by jury.

10.12 Construction. [redacted]

10.13 Force Majeure. [redacted]

10.14 Severability. [redacted]

10.15 Further Assurance. [redacted]

10.16 Execution. [redacted]

If the foregoing is accepted and agreed, please acknowledge the same by signing in the appropriate places below.

**JARRELL CURNE**

Jarrell Curne / CEO

Name/Title of Signatory

September 23, 2019

Date

**ORCHARD ENTERPRISES NY, INC.**

TS.

Tucker McCrady
EVP & General Counsel

Name/Title of Signatory

Date 9/26/2019

**PAPERKIDD PRODUCTIONS & PUBLISHING, LLC**

Jarrell Curne / CEO

Name/Title of Signatory

September 23, 2019

Date

## SCHEDULE A

## EXECUTION INSTRUCTIONS

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**SCHEDULE B**

**Orchard Content Guidelines**

[redacted]

[redacted]

- [redacted]

[redacted]

- [redacted]

[redacted]

- [redacted]

[redacted]

[redacted]

**SCHEDULE C**

**YouTube, Facebook and Other Channels**

[redacted]