Home / Search / Search results for "Jarrell Curne"

Keyword | Jarrell Curne

Advanced Search

Share

# Search Results

Top search results: 14

**Displaying:** 1-14 of 14

Sort by Relevance | Grid View

Previous Next

**Results**

1. **Full Title:** Dance.
**Registration Number:** SR0000756799
**Date:** 2015-01-17
**Type of Work:** Sound Recording and Music
**Claimant:** Jarrell DeAndre' Curne.

2. **Full Title:** Mama Told Me.
**Registration Number:** SR0000865414
**Date:** 2020-01-24
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

3. **Full Title:** Empty Dreams.
**Registration Number:** SR0000862280
**Date:** 2019-12-07
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

**Results**

4. **Full Title:** My Way.
**Registration Number:** SR0000864931
**Date:** 2020-01-19
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

5. **Full Title:** War.
**Registration Number:** SR0000864742
**Date:** 2020-01-17
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

6. **Full Title:** Did It For Me.
**Registration Number:** SR0000873261
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

7. **Full Title:** The Top (feat. Boosie Badazz)
**Registration Number:** SR0000865056
**Date:** 2020-01-19
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC.,

8. **Full Title:** Nobody.
**Registration Number:** SR0000863928
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

9. **Full Title:** Lonely Road.
**Registration Number:** SR0000863933
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

10. **Full Title:** The Greatest (feat. Lil Wayne)
**Registration Number:** SR0000864929
**Date:** 2020-01-19
**Type of Work:** Sound Recording and Music

**Results**

**Claimant:** Paperkidd Productions & Publishing, LLC,

11. **Full Title:** 3 Zips.
**Registration Number:** SR0000873264
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

12. **Full Title:** Runaway.
**Registration Number:** SR0000873257
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

13. **Full Title:** Falling Stars.
**Registration Number:** SR0000863506
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

14. **Full Title:** City Life.
**Registration Number:** SR0000907663
**Date:** 2018-12-26
**Type of Work:** Sound Recording
**Claimant:** Paperkidd Productions & Publishing, LLC.,

50 rows

1

1 Go

.gov a department of the Library of Congress

**How relevant are these search results?**

Not at all relevant

Somewhat relevant

Fairly relevant

Mostly relevant

Extremely relevant

## Filter by date

Date type

Dates

Start date:

End date:

Clear Apply

## Filter results

Clear Collapse all

**Collection**

Post-1977 Records 14

**Record Type** —

- [ ] Registration 14

**Registration Status** —

- [ ] Published 14

**Registration Class** —

- [ ] Sound Recordings (SR) 14

**Registration Item Type** —

- [ ] Sound Recording and Music 13
- [ ] Sound Recording 1

## Menu

Home
Recent Records
Recent Searches
Name Directory
Help

## Resources

Request a Copy Estimate
Request a Search Estimate
FAQs

## Contact

Contact Us
Feedback

**U.S. Copyright Office**

101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0778 (toll-free)

**Disclaimer:** The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office, including searchable indexing information provided by remitters and applicants who certify the information to be accurate. The Office does not verify the accuracy of this information. In addition, the information maintained in the CPRS has been indexed according to cataloging practices and classification systems that have changed over time. For these reasons, there may be gaps and inaccuracies in your search results.

For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). You can also request that

the Copyright Office perform a search of its records. To request a Search Report, please contact the Records Research and Certification Division. For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

Home / Search / Search results for "Paperkidd Productions & Publishing, LLC"

Keyword | Paperkidd Productions & Publishing, LLC

Advanced Search

Share

## Search Results

Top search results: 13

**Displaying:** 1-13 of 13

Sort by Relevance | Grid View

Previous Next

**Results**

1. **Full Title:** Mama Told Me.
**Registration Number:** SR0000865414
**Date:** 2020-01-24
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

2. **Full Title:** My Way.
**Registration Number:** SR0000864931
**Date:** 2020-01-19
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

3. **Full Title:** Empty Dreams.
**Registration Number:** SR0000862280
**Date:** 2019-12-07
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

**Results**

4. **Full Title:** War.
**Registration Number:** SR0000864742
**Date:** 2020-01-17
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

5. **Full Title:** Nobody.
**Registration Number:** SR0000863928
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

6. **Full Title:** Did It For Me.
**Registration Number:** SR0000873261
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

7. **Full Title:** The Top (feat. Boosie Badazz)
**Registration Number:** SR0000865056
**Date:** 2020-01-19
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC.,

8. **Full Title:** Lonely Road.
**Registration Number:** SR0000863933
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

9. **Full Title:** The Greatest (feat. Lil Wayne)
**Registration Number:** SR0000864929
**Date:** 2020-01-19
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

10. **Full Title:** 3 Zips.
**Registration Number:** SR0000873264
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music

**Results**

**Claimant:** Paperkidd Productions & Publishing, LLC,

**11.** **Full Title:** Runaway.
**Registration Number:** SR0000873257
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

**12.** **Full Title:** City Life.
**Registration Number:** SR0000907663
**Date:** 2018-12-26
**Type of Work:** Sound Recording
**Claimant:** Paperkidd Productions & Publishing, LLC.,

**13.** **Full Title:** Falling Stars.
**Registration Number:** SR0000863506
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

50 rows

1

1 Go

.gov a department of the Library of Congress

**How relevant are these search results?**

Not at all relevant

Somewhat relevant

Fairly relevant

Mostly relevant

Extremely relevant

## Filter by date

Date type

Dates

Start date:

End date:

Clear Apply

## Filter results

Clear Collapse all

**Collection**

Post-1977 Records 13

**Record Type** –

- [ ] Registration 13

**Registration Status** –

- [ ] Published 13

**Registration Class** –

- [ ] Sound Recordings (SR) 13

**Registration Item Type** –

- [ ] Sound Recording and Music 12
- [ ] Sound Recording 1

Menu

Home
Recent Records
Recent Searches
Name Directory
Help

Resources

Request a Copy Estimate
Request a Search Estimate
FAQs

Contact

Contact Us
Feedback

**U.S. Copyright Office**

101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0778 (toll-free)

**Disclaimer:** The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office, including searchable indexing information provided by remitters and applicants who certify the information to be accurate. The Office does not verify the accuracy of this information. In addition, the information maintained in the CPRS has been indexed according to cataloging practices and classification systems that have changed over time. For these reasons, there may be gaps and inaccuracies in your search results.

For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). You can also request that

the Copyright Office perform a search of its records. To request a Search Report, please contact the Records Research and Certification Division. For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

Home / Search / Search results for "Paperkidd"

Keyword | Paperkidd

Advanced Search

Share

## Search Results

Top search results: 14

**Displaying:** 1-14 of 14

Sort by Relevance | Grid View

Previous Next

**Results**

1. **Full Title:** Mama Told Me.
**Registration Number:** SR0000865414
**Date:** 2020-01-24
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

2. **Full Title:** My Way.
**Registration Number:** SR0000864931
**Date:** 2020-01-19
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

3. **Full Title:** Empty Dreams.
**Registration Number:** SR0000862280
**Date:** 2019-12-07
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

**Results**

4. **Full Title:** War.
**Registration Number:** SR0000864742
**Date:** 2020-01-17
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

5. **Full Title:** The Top (feat. Boosie Badazz)
**Registration Number:** SR0000865056
**Date:** 2020-01-19
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC.,

6. **Full Title:** Nobody.
**Registration Number:** SR0000863928
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

7. **Full Title:** Lonely Road.
**Registration Number:** SR0000863933
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

8. **Full Title:** Did It For Me.
**Registration Number:** SR0000873261
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

9. **Full Title:** The Greatest (feat. Lil Wayne)
**Registration Number:** SR0000864929
**Date:** 2020-01-19
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

10. **Full Title:** City Life.
**Registration Number:** SR0000907663
**Date:** 2018-12-26
**Type of Work:** Sound Recording

**Results**

**Claimant:** Paperkidd Productions & Publishing, LLC.,

11. **Full Title:** 3 Zips.
**Registration Number:** SR0000873264
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

12. **Full Title:** Runaway.
**Registration Number:** SR0000873257
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

13. **Full Title:** Falling Stars.
**Registration Number:** SR0000863506
**Date:** 2020-01-10
**Type of Work:** Sound Recording and Music
**Claimant:** Paperkidd Productions & Publishing, LLC,

14. **Full Title:** Dance.
**Registration Number:** SR0000756799
**Date:** 2015-01-17
**Type of Work:** Sound Recording and Music
**Claimant:** Jarrell DeAndre' Curne.

50 rows

1

1 Go

.gov a department of the Library of Congress

**How relevant are these search results?**

Not at all relevant

Somewhat relevant

Fairly relevant

Mostly relevant

Extremely relevant

## Filter by date

Date type

Dates

Start date:

End date:

Clear Apply

## Filter results

Clear Collapse all

**Collection**

- [ ] Post-1977 Records 14

**Record Type** —

- [ ] Registration 14

**Registration Status** —

- [ ] Published 14

**Registration Class** —

- [ ] Sound Recordings (SR) 14

**Registration Item Type** —

- [ ] Sound Recording and Music 13
- [ ] Sound Recording 1

Menu

Home
Recent Records
Recent Searches
Name Directory
Help

Resources

Request a Copy Estimate
Request a Search Estimate
FAQs

Contact

Contact Us
Feedback

**U.S. Copyright Office**

101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0778 (toll-free)

**Disclaimer:** The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office, including searchable indexing information provided by remitters and applicants who certify the information to be accurate. The Office does not verify the accuracy of this information. In addition, the information maintained in the CPRS has been indexed according to cataloging practices and classification systems that have changed over time. For these reasons, there may be gaps and inaccuracies in your search results.

For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). You can also request that

the Copyright Office perform a search of its records. To request a Search Report, please contact the Records Research and Certification Division. For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright Office | Library of Congress | Congress.gov | USA.gov | FOIA | Legal | Accessibility | Privacy Policy