**Registration Number**

# SR 756-799

**Effective Date of Registration:**
January 17, 2015

## Title

**Title of Work:** Dance

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 15, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISRC uscgh1517545

## Author

- **Author:** Jarrell Curne
  **Pseudonym:** db FRE$H
  **Author Created:** sound recording, performance, music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1989

## Copyright Claimant

**Copyright Claimant:** Jarrell DeAndre' Curne
14532 S. Alden st., Olathe, KS, 66062, United States

## Limitation of copyright claim

**Material excluded from this claim:** Production, Introduction including exclusive instrumental production purchased From Jahlil Beats of Roc Nation
**Previous registration and year:** PA0000719478, 1994

**New material included in claim:** sound recording, performance, production, music, lyrics

## Rights and Permissions

**Organization Name:** Paperkidd Productions
**Name:** Jarrell DeAndre' Curne
**Email:** curneco@gmail.com
**Telephone:** (816)589-7731
**Address:** 14532 S. Alden st.

Olathe, KS 66062 United States

## Certification

**Name:** Jarrell D.Curne
**Date**: January 17, 2015

**Correspondence:** Yes

**Registration Number**

**SR 865-414**

**Effective Date of Registration:**
January 24, 2020

**Registration Decision Date:**
March 10, 2020

## Title

**Title of Work:** Mama Told Me

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** December 31, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISRC QMFME1920465

## Author

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB FRE$H
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC
14919 Pine View Drive, Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Paperkidd Productions & Publishing, LLC
**Name:** Jarrell DeAndre' Curne
**Email:** db.fresh@icloud.com
**Telephone:** (913)215-8528
**Address:** 14919 Pine View Drive

Grandview, MO 64030 United States

## Certification

**Name:** Jarrell DeAndre' Curne
**Date:** January 24, 2020

Registration Number
**SR 862-280**
**Effective Date of Registration:**
December 07, 2019
**Registration Decision Date:**
January 30, 2020

## Title

**Title of Work:** Empty Dreams

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** August 23, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISRC QMFME1920460

## Author

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB FRE$H
  **Author Created:** sound recording, music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1989
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC
14919 Pine View Drive, Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Paperkidd Productions & Publishing, LLC
**Name:** Jarrell DeAndre' Curne
**Email:** db.fresh@icloud.com

**Telephone:** (913)215-8528
**Address:** 14919 Pine View Drive
Grandview, MO 64030 United States

## Certification

**Name:** Jarrell DeAndre' Curne
**Date**: December 07, 2019

**Registration Number**
# SR 864-931
**Effective Date of Registration:**
January 19, 2020
**Registration Decision Date:**
March 03, 2020

## Title

**Title of Work:** My Way

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** May 02, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB FRE$H
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1989
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC
14919 Pine View Drive, Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Paperkidd Productions & Publishing, LLC.
**Name:** Jarrell DeAndre' Curne
**Email:** db.fresh@icloud.com
**Telephone:** (913)215-8528

**Address:** 14919 Pine View Drive
Grandview, MO 64030 United States

## Certification

**Name:** Jarrell DeAndre' Curne
**Date**: January 19, 2020

**Registration Number**

# SR 864-742

**Effective Date of Registration:**
January 17, 2020
**Registration Decision Date:**
March 02, 2020

## Title

**Title of Work:** War

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 25, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISRC QMFME1909936

## Author

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB FRE$H
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1989
  **Pseudonymous:** Yes

- **Author:** Marcus Johnson
  **Pseudonym:** Machie Rei
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC
14919 Pine View Drive, Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Paperkidd Productions & Publishing, LLC
**Name:** Jarrell DeAndre' Curne
**Email:** db.fresh@icloud.com
**Telephone:** (913)215-8528
**Address:** 14919 Pine View Drive
Grandview, MO 64030 United States

## Certification

**Name:** Jarrell DeAndre' Curne
**Date:** January 17, 2020

**Registration Number**

**SR 873-261**

**Effective Date of Registration:**
January 10, 2020

**Registration Decision Date:**
June 24, 2020

## Title

**Title of Work:** Did It For Me

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 14, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISRC QMFME1908154

## Author

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB FRE$H
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1989
  **Pseudonymous:** Yes

- **Author:** Jason Zeglis
  **Pseudonym:** Jaywan Inc
  **Author Created:** sound recording, performance/production
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC
14919 Pine View Drive, Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Paperkidd Productions & Publishing, LLC
**Name:** Jarrell DeAndre' Curne
**Email:** db.fresh@icloud.com
**Telephone:** (913)215-8528
**Address:** 14919 Pine View Drive
Grandview, MO 64030 United States

## Certification

**Name:** Jarrell DeAndre' Curne
**Date:** January 07, 2020

---

**Correspondence:** Yes

**Registration Number**
# SR 865-056
**Effective Date of Registration:**
January 19, 2020
**Registration Decision Date:**
March 04, 2020

## Title

**Title of Work:** The Top (feat. Boosie Badazz)

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 20, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB FRE$H
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1989
  **Pseudonymous:** Yes

- **Author:** Torrence Hatch, Jr.
  **Pseudonym:** Lil Boosie
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC.
14919 Pine View Drive, Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions


**Organization Name:** Paperkidd Productions & Publishing, LLC.
**Name:** Jarrell DeAndre' Curne
**Email:** db.fresh@icloud.com
**Telephone:** (913)215-8528
**Address:** 14919 Pine View Drive
Grandview, MO 64030 United States


## Certification

**Name:** Jarrell DeAndre' Curne
**Date**: January 19, 2020

Registration Number
**SR 863-928**
**Effective Date of Registration:**
January 10, 2020
**Registration Decision Date:**
February 18, 2020

## Title

**Title of Work:** Nobody

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 25, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISRC QMFME1919332

## Author

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB FRE$H
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Pseudonymous:** Yes

- **Author:** Peter Gene Hernandez
  **Pseudonym:** Bruno Mars
  **Author Created:** sound recording, performance/production, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1985
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC
14919 Pine View Drive, Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions


**Organization Name:** Paperkidd Productions & Publishing, LLC
**Name:** Jarrell DeAndre' Curne
**Email:** db.fresh@icloud.com
**Telephone:** (913)215-8528
**Address:** 14919 Pine View Drive
Grandview, MO 64030 United States


## Certification

**Name:** Jarrell DeAndre' Curne
**Date:** January 07, 2020

Registration Number
**SR 863-933**
**Effective Date of Registration:**
January 10, 2020
**Registration Decision Date:**
February 18, 2020

## Title

**Title of Work:** Lonely Road

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** March 01, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISRC QMFME1919156

## Author

- **Author:** Jamal Diggs
  **Pseudonym:** J-Diggs
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1970
  **Pseudonymous:** Yes

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB FRE$H
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1989
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC
14919 Pine View Drive, Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Paperkidd Productions & Publishing, LLC
**Name:** Jarrell DeAndre' Curne
**Email:** db.fresh@icloud.com
**Telephone:** (913)215-8528
**Address:** 14919 Pine View Drive
Grandview, MO 64030 United States

## Certification

**Name:** Jarrell DeAndre' Curne
**Date:** January 07, 2020

**Registration Number**
# SR 864-929
**Effective Date of Registration:**
January 19, 2020
**Registration Decision Date:**
March 03, 2020

## Title

**Title of Work:** The Greatest (feat. Lil Wayne)

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 20, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB FRE$H
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1989
  **Pseudonymous:** Yes

- **Author:** Dwayne Michael Carter, Jr.
  **Pseudonym:** Lil Wayne
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1982
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC
14919 Pine View Drive, Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions


**Organization Name:** Paperkidd Productions & Publishing, LLC.
**Name:** Jarrell DeAndre' Curne
**Email:** db.fresh@icloud.com
**Telephone:** (913)215-8528
**Address:** 14919 Pine View Drive
Grandview, MO 64030 United States


## Certification

**Name:** Jarrell DeAndre' Curne
**Date**: January 19, 2020

**Registration Number**

# SR 873-264

**Effective Date of Registration:**
January 10, 2020
**Registration Decision Date:**
June 24, 2020

## Title

**Title of Work:** 3 Zips

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISRC QMFME1909887

## Author

- **Author:** Nayvadius DeMun Wilburn
  **Pseudonym:** Future
  **Author Created:** sound recording, Lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1983
  **Pseudonymous:** Yes

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB FRE$H
  **Author Created:** sound recording, Lyrics and Music
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

- **Author:** Luis Ortega
  **Pseudonym:** Lui Kang
  **Author Created:** sound recording, performance/production
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC
14919 Pine View Drive, Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Paperkidd Productions & Publishing, LLC
**Name:** Jarrell DeAndre' Curne
**Email:** db.fresh@icloud.com
**Telephone:** (913)215-8528
**Address:** 14919 Pine View Drive
Grandview, MO 64030 United States

## Certification

**Name:** Jarrell DeAndre' Curne
**Date**: January 07, 2020

---

**Correspondence:** Yes

**Registration Number**
# SR 873-257
**Effective Date of Registration:**
January 10, 2020
**Registration Decision Date:**
June 24, 2020

## Title

**Title of Work:** Runaway

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 23, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISRC QMFME1909385

## Author

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB FRE$H
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1989
  **Pseudonymous:** Yes

- **Author:** Bre McCray
  **Pseudonym:** Bre The 1st Lady
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

- **Author:** Luis Ortega
  **Pseudonym:** Lui Kang
  **Author Created:** sound recording, performance/production
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC
14919 Pine View Drive, Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Paperkidd Productions & Publishing, LLC
**Name:** Jarrell DeAndre' Curne
**Email:** db.fresh@icloud.com
**Telephone:** (913)215-8528
**Address:** 14919 Pine View Drive
Grandview, MO 64030 United States

## Certification

**Name:** Jarrell DeAndre' Curne
**Date**: January 07, 2020

---

**Correspondence:** Yes

**Registration Number**

# SR 863-506

**Effective Date of Registration:**
January 10, 2020
**Registration Decision Date:**
February 11, 2020

## Title

**Title of Work:** Falling Stars

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 20, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISRC QMFME1919348

## Author

- **Author:** Aliaume Damala Badara Akon Thiam
  **Pseudonym:** Akon
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

- **Author:** David Guetta
  **Author Created:** sound recording, performance/production
  **Work made for hire:** No
  **Citizen of:** France

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB FRE$H
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1989
  **Pseudonymous:** Yes

- **Author:** Devan Richardson
  **Pseudonym:** Devan Devone

**Author Created:** sound recording, lyrics and music
**Work made for hire:** No
**Citizen of:** United States
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC
14919 Pine View Drive, Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Paperkidd Productions & Publishing, LLC
**Name:** Jarrell DeAndre' Curne
**Email:** db.fresh@icloud.com
**Telephone:** (913)215-8528
**Address:** 14919 Pine View Drive
Grandview, MO 64030 United States

## Certification

**Name:** Jarrell DeAndre' Curne
**Date**: January 07, 2020

**Registration Number**

**SR 907-663**

**Effective Date of Registration:**
December 26, 2018

**Registration Decision Date:**
September 20, 2021

## Title

**Title of Work:** dB Fre$h (feat. 2oon Gucciano & Akon) - City Life

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 18, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISRC SEYOK1614027

## Author

- **Author:** Jarrell DeAndre' Curne
  **Pseudonym:** dB Fre$h
  **Author Created:** sound recording
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

- **Author:** Jeron Marquel Ruff
  **Pseudonym:** 2oon Gucciano
  **Author Created:** sound recording
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

- **Author:** Aliaune Damala Badara Thiam
  **Pseudonym:** Akon
  **Author Created:** sound recording
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

- **Author:** Pierre David Guetta
  **Pseudonym:** David Guetta

**Author Created:** sound recording
**Work made for hire:** No
**Citizen of:** United States
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Paperkidd Productions & Publishing, LLC.
14919 Pine View Dr., Grandview, MO, 64030, United States
**Transfer statement:** By written agreement

## Rights and Permissions


**Organization Name:** Paperkidd Productions & Publishing, LLC.
**Email:** info@paperkidd.com
**Telephone:** (913)215-8528
**Address:** 14919 Pine View Dr.
Grandview, MO 64030 United States


## Certification

**Name:** Jarrell D. Curne
**Date:** December 26, 2018

---

**Correspondence:** Yes