UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. CURNE,

*Plaintiff*,

- against -

THE ORCHARD ENTERPRISES NY, INC., SPOTIFY USA INC., TESLA, INC., TIDAL MUSIC LLC, UNIVERSAL MUSIC GROUP N.V., SONY MUSIC ENTERTAINMENT, APPLE INC., GOOGLE LLC, HOST BABY, CD BABY, WARNER MUSIC GROUP CORP., DISTROKID LLC, TUNECORE, INC., AWAL, SYMPHONIC DISTRIBUTION, INC., AA LIBERTY, NAVAAR, AMAZON.COM SERVICES LLC, DEEZER S.A., SOUNDCLOUD GLOBAL LIMITED, TIKTOK INC., VIMEO, INC., YOUTUBE LLC, AUDIOMACK, INC., SONGTRUST, SOUNDEXCHANGE, INC., ASCAP, ANGHAMI, NAPSTER, PANDORA MEDIA, LLC, IHEARTRADIO, EMPIRE DISTRIBUTION, INC., INGROOVES MUSIC GROUP, ATLANTIC RECORDING CORP., and FISHER ZUCKER LLC,

*Defendants*.

No. 26 Civ. 5451 (VSB) (JW)

**CERTIFICATE OF SERVICE**

I, Cynthia S. Arato, an attorney duly admitted to practice before this court, certify that on November 2, 2026, my office served a true and correct copy of Defendant Orchard Enterprises NY, Inc.'s Rule 7.1 Statement, Defendant Pandora Media, LLC's Rule 7.1 Statement, Notice of Motion to Dismiss the Complaint of Defendants Orchard Enterprises NY, Inc. and Pandora Media, LLC, Memorandum of Law in Support of Motion to Dismiss, Declaration of Cynthia S. Arato in Support of Motion to Dismiss and attached Exhibits A, B, and C, Letter Motion to Seal Portions of Exhibit A to the Declaration of Cynthia S. Arato, and Exhibit A to the Declaration of Cynthia S. Arato filed under seal, via pre-paid USPS First-Class mail, to Plaintiff Jarrell D.

Curne's last known address at FCI Leavenworth, Satellite Camp, P.O. Box 1000, Leavenworth, KS 66048.

Dated: New York, New York
November 2, 2026

/s/ Cynthia S. Arato
Cynthia S. Arato
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, New York 10036
(212) 257-4882
carato@shapiroarato.com

*Counsel for Defendants Orchard Enterprises NY, Inc. (erroneously sued as The Orchard Enterprises NY, Inc.) and Pandora Media, LLC*