Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

November 2, 2026

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/6/2026

**VIA Electronic Filing**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY

**Re: *Curne v. The Orchard Enterprises NY, Inc. et al.*, No. 26 Civ. 5451**

Dear Judge Broderick:

On behalf of Defendant Orchard Enterprises NY, Inc., we respectfully seek permission to file a single redacted exhibit in support of the motion to dismiss filed by Orchard and Pandora Media, LLC.

Orchard seeks to file a redacted version of its confidential Digital Distribution Agreement with Plaintiff to protect the confidentiality of the business and financial terms to which Orchard is willing to agree when contracting with its counterparties. This information is competitively sensitive and, "if disclosed, might harm [Orchard's] competitive standing." *Graczyk v. Verizon Commc'ns, Inc.*, No. 18 CIV. 6465 (PGG), 2020 WL 1435031, at *9 (S.D.N.Y. Mar. 24, 2020) (cleaned up) (granting motion to redact financial information in contracts); *see also Rubik's Brand Ltd. v. Flambeau, Inc.*, No. 17CV6559PGGKHP, 2021 WL 1085338, at *1 (S.D.N.Y. Mar. 22, 2021) (granting motion to seal "confidential trademark licensing agreements"). As will be apparent when the Court reviews the motion to dismiss alongside the unredacted portions of the agreement, Orchard has redacted only those terms of the agreement that have no bearing on the pending motion, and Orchard has not redacted the terms that are "referenced in . . . [Orchard's] briefing." *Cisco Sys., Inc. v. Synamedia Ltd.*, 557 F. Supp. 3d 464, 469, 476–77 (S.D.N.Y. 2021) (granting motion to redact all terms of a confidential "transitions services agreement" that were not referenced in the parties' briefing or the court's order); *see also WCO Spectrum, LLC v. Hisp. Info. & Telecommunications Network, Inc.*, No. 26-CV-01014 (VSB) (RFT), 2026 WL 2657108, at *2 (S.D.N.Y. Sept. 9, 2026) (granting motion to seal "pricing information" in lease agreements that was not "central to resolving [this] motion to dismiss").

We are unable to reach Plaintiff to meet and confer regarding this request because, according to the Bureau of Prisons website, Plaintiff is incarcerated at Leavenworth FCI in Kansas. As noted in our prior letter to the Court seeking a three-day extension of Orchard's deadline to respond to the Complaint, we sent a letter to Plaintiff last week by regular mail

requesting that he add us to his correspondent list so that we may communicate with him via the BOP email system TRULINCS.

Sincerely,

/s/ Cynthia S. Arato
Cynthia S. Arato